IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00444-LTB-CBS | Date: July 8, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

WILLIAM DAHLY                           No Counsel Present

Plaintiff,

v.

UNITED PARCEL SERVICE, INC., et al.     Michael Sullivan
                                        Brian Petroff

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  IN COURT HEARING**
**Court in session: 10:32 a.m.**
Court calls case.  Appearances of counsel.

The record reflects that James M. Hult, attorney for the Plaintiff, is not present in the Courtroom, has not contacted Magistrate Judge Shaffer's chambers, and his presence at the hearing has not been excused.

Mr. Petroff provides verbal argument for Motion to Leave to File Cross-Claim Against Defendant United Parcel Service, Inc. [17].

Mr. Sullivan provides verbal rebuttal argument for Motion to Leave to File Cross-Claim Against Defendant United Parcel Service, Inc. [17].

Discussion regarding what discovery is left to complete, what discovery has been completed, the Court recites case law from similar cases,

**ORDERED:**  Motion to Leave to File  Cross-Claim Against Defendant United Parcel Service, Inc.[17] is **GRANTED.**  Cross-Claim is deemed as filed today.

Dispositive Motion deadline is September 8, 2014.

Hearing Concluded.

**Court in recess: 11:59 a.m.**

Time in court: 01:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.