**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-00444-LTB-CBS

WILLIAM DAHLY,

      Plaintiff,

v.

UNITED PARCEL SERVICES, INC., an Ohio corporation authorized to conduct business in the State of Colorado; and
SUNFLOWER FARMERS MARKETS, LLC, a Delaware limited liability corporation authorized to conduct business in the State of Colorado,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on Defendant Sunflower Farmers Markets, LLC's Notice of Dismissal of Cross-Claims Against Defendant United Parcel Service, Inc. (Doc 40 - filed August 4, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that the cross-claims of Defendant Sunflower Farmers Markets, LLC against Defendant United Parcel Service, Inc. are **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   August 5, 2014