**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-00444-LTB-CBS

WILLIAM DAHLY,

      Plaintiff,

v.

UNITED PARCEL SERVICES, INC., an Ohio corporation authorized to conduct business in the State of Colorado; and
SUNFLOWER FARMERS MARKETS, LLC, a Delaware limited liability corporation authorized to conduct business in the State of Colorado,

      Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of Defendant Sunflower Farmers Markets Only (Doc 48 - filed October 24, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that all claims between Plaintiff and Defendant Sunflower Farmers Markets, LLC only are **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   October 27, 2014