**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-00444-LTB-CBS

WILLIAM DAHLY,

       Plaintiff,

v.

UNITED PARCEL SERVICES, INC., an Ohio corporation authorized to conduct business in the State of Colorado; and

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of Defendant United Parcel Service, Inc. (Doc 66 - filed January 30, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that all claims between Plaintiff and Defendant United Parcel Service, Inc. are **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                         BY THE COURT:

                           s/Lewis T. Babcock
                           Lewis T. Babcock, Judge

DATED:   February 2, 2015